In the Matter of the Transfer Tax upon the Estate of JOHN C. KLATZL, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; MARY E. KLATZL et al., Individually and as Executrices, Respondents.

(Submitted May 22, 1916; decided June 16, 1916.)

MOTION for re-argument. (See 216 N. Y. 83.)

*Per Curiam.* The fact that in the report of this case in 216 N. Y., at page 89, there is a misprint, has led the respondents to move for a re-argument. The phrase "in consequence of the death of the grantor," should read, "in contemplation of the death of the grantor."

The motion should be denied, with ten dollars costs.

All concur.

Motion denied.